**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| GEORGE WAYNE BROOKS, | : No. 42 WM 2022 |
| Petitioner | : |
| v. | : |
| JUDGE JOHN ZOTTOLA AND PRESIDENT JUDGE KIMBERLY BERKLEY-CLARK, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.